IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BULFF DIVISION

**CHRISTOPHER BLAIR DISHAUN ROBINSON,**            **PLAINTIFF**
**ADC #164517**

V.          CASE NO. 5:19-cv-00062 JM

**DOVER, Records Supervisor,**           **DEFENDANTS**
**East Arkansas Regional Unit,** *et al*.

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 12th day of February, 2019.

                                             _____
                                             UNITED STATES DISTRICT JUDGE